**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ROBERT DAVIS, : No. 75 EM 2023
:
Petitioner :
:
:
v. :
:
:
COMMONWEALTH COURT, :
:
Respondent :

## ORDER

**PER CURIAM**

 **AND NOW**, this 9th day of February, 2024, the Application for Leave to File Original Process and the "Application for Relief to File a Response *Nunc Pro Tunc*" are GRANTED. The "Application for Relief" and "Application for an [sic] Requisite Stay" are DENIED.